ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
SANDRA KETNER, Esq.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
Fax: (775) 785-0087

*Attorneys for Plaintiff EnvTech, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD VICTOR RUTHERFORD, an individual,<br><br>Defendants. | CASE NO.: 3:21-cv-00048-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br>**(FIRST REQUEST)** |

Plaintiff, EnvTech, Inc. (hereinafter "EnvTech") and Defendant Richard Victor Rutherford ("Rutherford"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Plaintiff to file a Reply in Support of its Motion for Preliminary Injunction against Defendant Richard Rutherford. Plaintiff requests a three-day extension to file its Reply in light of the holiday weekend and the fact that an EnvTech employee needed to address factual issues raised in Rutherford's Opposition to EnvTech's Motion for Preliminary Injunction is traveling out of the country. This request is made in good faith, and is not

1  made for the purpose of delay, and will not result in any undue delay or prejudice. This is the first
2  stipulation for extension of time for Plaintiff to file its Reply in Support of its Motion for
3  Preliminary Injunction. Accordingly, the Parties have agreed and stipulate that the deadline for
4  Plaintiff to file its Reply in Support of its Motion for Preliminary Injunction will be on or before
5  February 19, 2021.

DATED this 12th day of February, 2021.

BY:  /s/ Molly Malone Rezac
    ANTHONY L. MARTIN, ESQ.
    3800 Howard Hughes Parkway, Ste. 1500
    Las Vegas, Nevada 89169

    MOLLY MALONE REZAC, ESQ.
    OGLETREE, DEAKINS, NASH,
    SMOAK, & STEWART, P.C.
    200 S. Virginia Street, 8th Floor
    Reno, Nevada 89501
    Telephone: (775) 440-2372

*Attorneys for Defendant*

DATED this 12th day of February, 2021.

BY:  /s/ Sandra Ketner
    ANTHONY L. HALL, ESQ.
    SANDRA KETNER, ESQ.
    SIMONS HALL JOHNSTON PC
    6490 S. McCarran Blvd., Ste. F-46
    Reno, Nevada 89509
    Telephone: (775) 785-0088

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated:  February 16 , 2021.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE