ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SANDRA KETNER, ESQ.
Nevada Bar No. 8527
sketner@shjnevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Plaintiff EnvTech, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ENVTECH, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD VICTOR RUTHERFORD, an individual,<br><br>Defendant. | Case No.: 3:21-cv-00048-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSES TO DISPOSITIVE MOTIONS**<br>**[FIRST REQUEST]** |

      Plaintiff EnvTech, Inc. ("Plaintiff" or "EnvTech") and Defendant Richard V. Rutherford ("Defendant" or "Rutherford") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadlines for filing responses and replies to the Parties' pending dispositive motions be extended for the reasons set forth below. The current deadline for filing responses to the Parties' pending dispositive motions is April 7, 2023. However, the undersigned defense counsel will be on vacation during the week of March 27, 2023. Additionally, this case involves the protection of trade secrets and therefore, requires the parties to file certain documents under seal so as to ensure compliance with protective orders. As a result, the parties have agreed to extend the deadline for filing responses to the pending dispositive motions by a period of fourteen (14) days (from April 7, 2023 to April 21, 2023) and have further agreed to extend the deadline for their respective replies by a period of seven (7) days (from April 28, 2023 to May 5, 2023.

The Parties have each filed dispositive motions. This is the first request specifically seeking extensions of the deadlines for responses and replies to dispositive motions. This request is made in good faith, is not for the purpose of delay. Accordingly, the Parties have agreed and stipulate to the following deadlines for the dispositive motions in this case:

1.  *Responses to Dispositive Motions:*

The Parties shall file responses to dispositive motions not later than **April 21, 2023.**

2.  *Replies in Support of Motions:*

The Parties shall file replies in support of motions no later than **May 5, 2023**.

2.  *Pretrial Order:*

The Joint Pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

DATED this 28th day of March, 2023.                    DATED this 28th day of March, 2023.

SIMONS HALL JOHNSTON PC                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Sandra Ketner*                                                  */s/ Noel M. Hernandez*

Anthony L. Hall                                                       Anthony L. Martin
Nevada Bar No. 5977                                          Nevada Bar No. 8177
Sandra Ketner                                                      Noel M. Hernandez
Nevada Bar No. 8527                                          Nevada Bar No. 13893
690 Sierra Rose Drive                                          10801 W. Charleston Blvd.
Reno, NV  89511                                                  Suite 500
                                                                              Las Vegas, NV  89135

*Attorneys for Plaintiff*

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

March 28, 2023
_____
DATED

2