1  ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
2  AHall@SHJNevada.com
SANDRA KETNER, ESQ.
3  Nevada Bar No. 8527
sketner@shjnevada.com
4  SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
5  Reno, Nevada 89511
Telephone: (775) 785-0088

6

7  *Attorneys for Plaintiff EnvTech, Inc.*

8                    **UNITED STATES DISTRICT COURT**

9                    **FOR THE DISTRICT OF NEVADA**

10  ENVTECH, INC., a Nevada Corporation,            Case No.:  3:21-cv-00048-MMD-CLB

11                    Plaintiff,

12  vs.                                             **STIPULATION AND ORDER TO EXTEND
                                                    DEADLINE FOR FILING RESPONSES TO
                                                    DISPOSITIVE MOTIONS
13  RICHARD VICTOR RUTHERFORD, an                   [SECOND REQUEST]**
    individual,
14

15                    Defendant.

16

17        Plaintiff EnvTech, Inc. ("Plaintiff" or "EnvTech") and Defendant Richard V. Rutherford

18  ("Defendant" or "Rutherford") (collectively "the Parties"), by and through their respective counsel,

19  hereby stipulate and agree that the deadlines for filing responses and replies to the Parties' pending

20  dispositive motions be extended for the reasons set forth below. The current deadline for filing

21  responses to the Parties' pending dispositive motions is April 21, 2023.  However, due to

22  unexpected staffing issues occurring this week as well as out of town depositions which were Court-

23  ordered in another case involving the undersigned plaintiff counsel, the Parties request an additional

24  one week to submit their respective opposition motions.  As a result, the parties have agreed to

25  extend the deadline for filing responses to the pending dispositive motions by a period of seven (7)

26  days (from April 21, 2023, to April 28, 2023) and have further agreed to extend the deadline for

27  their respective replies by a period of seven (7) days (from May 5, 2023, to May 12, 2023).

28

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, Nevada 89511
Phone: (775) 785-0088

1   The Parties have each filed dispositive motions.  This is the second request specifically

2   seeking extensions of the deadlines for responses and replies to dispositive motions.  This request

3   is made in good faith, is not for the purpose of delay.  Accordingly, the Parties have agreed and

4   stipulate to the following deadlines for the dispositive motions in this case:

5       1.   *Responses to Dispositive Motions:*

6   The Parties shall file responses to dispositive motions no later than **April 28, 2023.**

7       2.   *Replies in Support of Motions:*

8   The Parties shall file replies in support of motions no later than **May 12, 2023**.

9       2.   *Pretrial Order:*

10       The Joint Pretrial order shall be suspended until thirty (30) days after the ruling on the

11   dispositive motions.

DATED this 18 day of April 2023.      DATED this 18 day of April 2023.

13   SIMONS HALL JOHNSTON PC    OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
        P.C.

15   */s/ Sandra Ketner*        */s/ Noel M. Hernandez*

Anthony L. Hall        Anthony L. Martin
Nevada Bar No. 5977        Nevada Bar No. 8177
Sandra Ketner        Noel M. Hernandez
Nevada Bar No. 8527        Nevada Bar No. 13893
690 Sierra Rose Drive        10801 W. Charleston Blvd.
Reno, NV  89511        Suite 500
        Las Vegas, NV  89135

*Attorneys for Plaintiff*

        Molly M. Rezac
        Nevada Bar No. 7435
        200 S. Virginia Street, 8th Floor
        Reno, NV  89501

        *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

April 18, 2023
_____
DATED

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Phone:  (775) 785-0088

2

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I, Kelly Lee, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC.  My business address is 690 Sierra Rose Drive, Reno, Nevada 89511.  I am over the age of 18 years and not a party to this action.

On April 18, 2023, I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSES TO DISPOSITIVE MOTIONS [SECOND REQUEST]** by causing the document to be served via electronic service, addressed to the following e-mail addresses:

Anthony L. Martin, Esq.
Noel M. Hernández, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 West Charleston Boulevard, Suite 500
Las Vegas, NV 89135
702-369-6800
702-369-6888 (fax)
anthony.martin@ogletreedeakins.com
noel.hernandez@ogletreedeakins.com

Molly Malone Rezac
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
(775) 440-2372
(775) 440-2376 (fax)
molly.rezac@ogletreedeakins.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 18, 2023.

_____/s/ Kelly Lee_____
An Employee of Simons Hall Johnston PC

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Phone: (775) 785-0088

3