ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SANDRA KETNER, ESQ.
Nevada Bar No. 8527
sketner@shjnevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Plaintiff EnvTech, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ENVTECH, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD VICTOR RUTHERFORD, an individual,<br><br>Defendant. | Case No.: 3:21-cv-00048-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS**<br><br>**[FOURTH REQUEST]** |

Plaintiff EnvTech, Inc. ("Plaintiff" or "EnvTech") and Defendant Richard V. Rutherford ("Defendant" or "Rutherford") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree that the deadlines for filing replies in support of the Parties' respective dispositive motions be extended by two (2) weeks for the reasons set forth below.

Both Parties filed motions for summary judgment on March 17, 2023. (ECF Nos. 71-72). Per the Stipulation and Order to Extend Deadline for Filing Responses to Dispositive Motions [Third Request] (ECF No. 94), EnvTech and Rutherford each filed oppositions to the other party's motion for summary judgment on May 1, 2023. (ECF Nos. 86, 92). EnvTech and Rutherford also filed motions for leave to file certain information and evidence related to their oppositions under seal. (ECF Nos. 87-88, 90-91).

Prior to filing its opposition to Rutherford's motion for summary judgment, EnvTech filed a Motion to Exceed Page Limits for Plaintiff's Opposition to Defendant's Motion for Summary

1  Judgment, which this Court denied by Order dated May 2, 2023 (ECF Nos. 85, 93).  In light of the
2  Court's Order, EnvTech revised its opposition and filed a Motion for Leave to File Amended
3  Opposition to Defendant's Motion for Summary Judgment Exceeding Page Limit on May 9, 2023,
4  seeking leave to file an amended opposition totaling 32 pages and indicating that it will promptly
5  file the amended opposition if granted leave to do so by the Court.  (ECF No. 96).

6      The current deadline for the Parties to file replies in support of their respective motions for
7  summary judgment is Monday, May 15, 2023.  However, it is uncertain whether the Court will
8  grant EnvTech leave to file the amended opposition.  Additionally, and in the event the Court
9  permits EnvTech to file an amended opposition, Rutherford must be provided with a fair
10 opportunity and amount of time in order to review and address the issues raised in EnvTech's
11 amended opposition.  As a result, the Parties have agreed to extend the deadline for filing replies in
12 support of their respective dispositive motions by a period of two (2) weeks, up to and including
13 Tuesday, May 30, 2023 (as Monday, May 29, 2023 is a federal holiday).  This request is made in
14 good faith, is not for the purpose of delay.  Accordingly, the Parties have agreed and stipulate to the
15 following remaining deadlines for the dispositive motions in this case:

16     1.    *Replies in Support of Dispositive Motions:*

17 The Parties shall file replies in support of their respective dispositive motions by no later than
18 Tuesday, May 30, 2023 (Monday, May 29, 2023 is Memorial Day, a federal holiday).

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3. *Pretrial Order:*

The Joint Pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

DATED this 9th day of May 2023.　　　　　　DATED this 9th day of May 2023.

SIMONS HALL JOHNSTON PC　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Sandra Ketner*　　　　　　　　　　　　　*/s/ Noel M. Hernandez*

Anthony L. Hall　　　　　　　　　　　　　　Anthony L. Martin
Nevada Bar No. 5977　　　　　　　　　　　Nevada Bar No. 8177
Sandra Ketner　　　　　　　　　　　　　　Noel M. Hernandez
Nevada Bar No. 8527　　　　　　　　　　　Nevada Bar No. 13893
690 Sierra Rose Drive　　　　　　　　　　　10801 W. Charleston Blvd.
Reno, NV 89511　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89135

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　Molly M. Rezac
　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 7435
　　　　　　　　　　　　　　　　　　　　200 S. Virginia Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　Reno, NV 89501

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**　　　　　　　　　　**ORDER**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　 May 11, 2023
　　　　　　　　　　　　　　　　　　　　DATED

3

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I, Kelly Lee, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Drive, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On May 9, 2023, I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLIES TO DISPOSITIVE MOTIONS [FOURTH REQUEST]** by causing the document to be served via electronic service, addressed to the following e-mail addresses:

Anthony L. Martin, Esq.
Noel M. Hernández, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 West Charleston Boulevard, Suite 500
Las Vegas, NV 89135
702-369-6800
702-369-6888 (fax)
anthony.martin@ogletreedeakins.com
noel.hernandez@ogletreedeakins.com

Molly Malone Rezac
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
(775) 440-2372
(775) 440-2376 (fax)
molly.rezac@ogletreedeakins.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 9, 2023.

        /s/ Kelly Lee
    An Employee of Simons Hall Johnston PC

52048181.v1-Ogletree