ANTHONY L. HALL, Esq.
Nevada Bar No. 5977
AHall@SHJNevada.com
SANDRA KETNER, Esq.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Fax: (775) 785-0087

ROBERT M. MILLIMET. Esq.
Texas Bar No. 24025538 (Admitted *pro hac vice*)
rob@richardslawpllc.com
RICHARDS LAW PLLC
6125 Luther Lane, No. 301
Dallas, Texas 75225
Telephone: (469) 300-0087

*Attorneys for Plaintiff EnvTech, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENVTECH, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD VICTOR RUTHERFORD, an individual,<br><br>Defendant. | CASE NO.:  3:21-cv-00048-MMD-CLB<br><br>**AGREED PERMANENT INJUNCTION** |

Pursuant to their settlement, Plaintiff EnvTech, Inc. ("Plaintiff EnvTech") and Defendant Richard Victor Rutherford ("Defendant") (together, the "Parties") have reached an agreement on the terms, meaning, and scope of an agreed permanent injunction to be entered by the Court in this matter. Accordingly, the Court makes the following findings and orders:

This Agreed Permanent Injunction is entered pursuant to the agreement of the Parties, which have waived their rights to appeal the entry of this Agreed Permanent Injunction. In entering into this

1

Agreed Permanment Injunction, Defendant does not in any way concede any liability or wrongdoing in connection with EnvTech's claims against him in this case, and the Court has made no finding of liability or wrongdoing by Defendant in this case. Defendant, who is 72 years old and has retired, enters into this Agreed Permanent Injunction solely to terminate and avoid the need to incur further expense in connection with this case.

NOW, THEREFORE, the Court, having found that good cause exists for the entry of this Agreed Permanent Injunction based on the agreement of the Parties, hereby ORDERS, as follows:

Defendant is permanently enjoined from the following acts:

1.    Using, disclosing, selling, transferring, communicating, or otherwise profiting from any confidential, proprietary, or trade secret information that is owned by EnvTech; and

2.    Providing services of any kind or working in any capacity, including as an expert witness, related to the cleaning or neutralization of any unit in the oil refinery industry or petrochemical plant industry.

The Court shall retain jurisdiction over the Parties to enforce this Agreed Permanent Injunction.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

March 6, 2026
_____
DATED

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088