ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant Washoe County School District*

ROBERT M. MILLIMET, Esq.
Texas State Bar No.: 24025538
rob@richardslawpllc.com
Richards Law PLLC
6125 Luther Lane, No. 301
Dallas, Texas 75225
(469) 480-4978
Admitted via Pro Hac Vice

*Attorneys for Plaintiff EnvTech, Inc.*

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ENVTECH, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD VICTOR RUTHERFORD, an individual,<br><br>Defendant. | Case No.: 3:21-cv-00048-MMD-CLB<br><br>**ORDER GRANTING DISASSOCIATION OF COUNSEL** |

Defendant Envtech, Inc., (Defendant"), by and through its counsel, gives Notice of Disassociation of Counsel Sandra C. Ketner, Esq. effective September 2, 2026. Defendant continues to be represented by Anthony L. Hall, Esq., Simons Hall Johnston PC, and Robert M. Millimet, Esq. Richards Law PLLC (PHV), who have appeared in the case.

DATED: September 4, 2026.

SIMONS HALL JOHNSTON PC

s/ *Anthony L. Hall*
Anthony L Hall, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
ahall@shjnevada.con

ROBERT M. MILLIMET, Esq.
Texas State Bar No.: 24025538
rob@richardslawpllc.com
Richards Law PLLC
6125 Luther Lane, No. 301
Dallas, Texas 75225
(469) 480-4978
Admitted via Pro Hac Vice

*Attorneys for Plaintiff EnvTech, Inc.*

**IT IS SO ORDERED.**

**DATED:** September 8, 2026

UNITED STATES MAGISTRATE JUDGE

**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088